**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00743-CV

---

### RAFAEL VELAZQUEZ, Appellant

### V.

### THE BANK OF NEW YORK MELLON, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1016653**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 1, 2012. The notice of appeal was filed August 13, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On September 25, 2012, this court ordered appellant to pay the appellate filing fee on or before October 10, 2012, or the appeal would be dismissed. Appellant has not paid

the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Adele Hedges and Justices Brown and Busby.